UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Juan R Lopez<br>    Krista M Lopez<br>          Debtor(s) | Case No. 15-10502 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/24/2015.

2) The plan was confirmed on 07/24/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/24/2016, 07/08/2016, 01/23/2017.

5) The case was converted on 02/16/2017.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $36,865.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $17,420.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $17,420.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,383.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $775.10 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,158.10

Attorney fees paid and disclosed by debtor: $1,617.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICREDIT FINANCIAL DBA GM I | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CACH LLC | Unsecured | 596.00 | 595.59 | 595.59 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 1,200.00 | 1,465.55 | 1,465.55 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 195.86 | 98.85 | 98.85 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 1,474.90 | 1,545.24 | 1,545.24 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 88.04 | 92.13 | 92.13 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 133.44 | 139.05 | 139.05 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 748.60 | 800.02 | 800.02 | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Priority | 347.44 | 413.10 | 413.10 | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 50.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 4,799.55 | 4,799.55 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 31,907.54 | 29,608.23 | 29,608.23 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 391.79 | 391.79 | 391.79 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,331.09 | 1,331.09 | 1,331.09 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 2,529.79 | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 1,203.03 | 1,203.03 | 1,203.03 | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 1,015.64 | 1,015.64 | 1,015.64 | 0.00 | 0.00 |
| MICHAEL R NAUGHTON | Unsecured | 1,528.75 | 1,645.09 | 1,645.09 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 561.46 | 534.51 | 534.51 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 534.51 | 561.46 | 561.46 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 80.36 | 80.36 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 440.10 | 440.10 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 157.50 | 157.50 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 426.21 | 426.21 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| PRESENCE HEALTH | Unsecured | 0.00 | 2,827.90 | 2,827.90 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 78.80 | 78.80 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 549.70 | 549.70 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 174.22 | 174.22 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 56.34 | 56.34 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 2,027.97 | 2,027.97 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 782.96 | 782.96 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 904.12 | 904.12 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 1,062.11 | 1,062.11 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 435.00 | 435.00 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 1,220.85 | 1,220.85 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 277.00 | 277.00 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 3,730.77 | 3,730.77 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 197.37 | 197.37 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 3,916.54 | 3,916.54 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 386.96 | 386.96 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 3,471.37 | 3,471.37 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 23,904.15 | 75.00 | 75.00 | 0.00 | 0.00 |
| RIVERBROOK ESTATES HOA | Secured | 1,551.13 | 1,551.13 | 1,551.13 | 1,551.13 | 21.42 |
| RIVERBROOK ESTATES HOA | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS/TRAVEL RELAT | Unsecured | 23.85 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP/WEBBA | Unsecured | 695.52 | NA | NA | 0.00 | 0.00 |
| BURNS & BURNS | Unsecured | 7,245.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,686.84 | NA | NA | 0.00 | 0.00 |
| CENTRAL CREDIT SERVICES INC/CH | Unsecured | 675.57 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 1,464.00 | NA | NA | 0.00 | 0.00 |
| CHEX SYSTEMS | Unsecured | 908.12 | NA | NA | 0.00 | 0.00 |
| CITI | Unsecured | 1,663.00 | NA | NA | 0.00 | 0.00 |
| COAST TO COAST FINANCIAL SOLUT | Unsecured | 475.12 | NA | NA | 0.00 | 0.00 |
| MBF LEASING | Unsecured | 1,278.58 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE/EDWAR | Unsecured | 376.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE/CORWI | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL FITNESS/LADIES WORKO | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONAL INC/CR | Unsecured | 1,224.40 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO/JUST ENI | Unsecured | 377.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 1,343.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOCIATION/ | Unsecured | 336.20 | NA | NA | 0.00 | 0.00 |
| DELUX FOR BUSINESS | Unsecured | 131.65 | NA | NA | 0.00 | 0.00 |
| FIRST SAVINGS BANK | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| AT&T MIDWEST/IC SYSTEM INC | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| IMPRESS PRINTING & DESIGN | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEM/PINNA | Unsecured | 3,710.51 | NA | NA | 0.00 | 0.00 |
| THE CITY OF CHICAGO/LAW OFFICE | Unsecured | 2,140.46 | NA | NA | 0.00 | 0.00 |
| RICHARD & KAREN FLETCHARR | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ROGERS & HOLLANDS JEWELERS/AS | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SERVICE MAGIC/CARPET FAMILY IN | Unsecured | 237.46 | NA | NA | 0.00 | 0.00 |
| SHOREWOOD MUNICIPAL UTILITIES | Unsecured | 263.91 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL FIDELITY LP/CITIZENS E | Unsecured | 675.57 | NA | NA | 0.00 | 0.00 |
| WELCOME WAGON | Unsecured | 1,015.00 | NA | NA | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING | Secured | 18,506.84 | 18,506.84 | 18,506.84 | 12,689.35 | 0.00 |
| SELECT PORTFOLIO SERVICING | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $18,506.84 | $12,689.35 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,551.13 | $1,551.13 | $21.42 |
| **TOTAL SECURED:** | **$20,057.97** | **$14,240.48** | **$21.42** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $30,021.33 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$30,021.33** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$41,872.74** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,158.10 |
| Disbursements to Creditors | $14,261.90 |
| **TOTAL DISBURSEMENTS** : | **$17,420.00** |

UST Form 101-13-FR-S (9/1/2009)

    12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/28/2017                        By: /s/ Glenn Stearns
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**